# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ProAir Holdco, LLC | Case No. 22-11194 (LSS) |
| Debtor.[1] | |
| In re | Chapter 11 |
| ProAir Intermediate Holdco, LLC | Case No. 22-11195 (LSS) |
| Debtor. | |
| In re | Chapter 11 |
| ProAir, LLC | Case No. 22-11196 (LSS) |
| Debtor. | |
| In re | Chapter 11 |
| American Cooling Technology, LLC | Case No. 22-11197 (LSS) |
| Debtor. | |

---

[1] The Debtors in the above captioned Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: ProAir Holdco, LLC (1960), ProAir Intermediate Holdco, LLC (3331), ProAir, LLC (8392), American Cooling Technology, LLC (7742), Bus Air, LLC (8627) and Evans Tempcon Delaware, LLC (8229). The Debtors' principal place of business is 2900 County Road 6 West, Elkhart, IN 46514.

| | |
|---|---|
| In re<br><br>Bus Air, LLC<br><br>                Debtor. | Chapter 11<br><br>Case No. 22-11198 (LSS) |
| In re<br><br>Evans Tempcon Delaware, LLC<br><br>                Debtor. | Chapter 11<br><br>Case No. 22-11198 (LSS) |

## **VERIFICATION OF CREDITOR MATRIX**

I, chief financial officer of the above captioned debtors (collectively, the "Debtors"), hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Dated: November 17, 2022                       ProAir, LLC

                                                  /s/ Todd Courts
                                                  Todd Courts
                                                  Chief Financial Officer

Berkshire Bank
One Van de Graaf Drive
Suite 202
Burlington, MA 01803-5176
Attn: C. Less Willingham, Senior Vice President

Crystal Financial SBIC LP
Two International Place, 17th Floor
Boston, MA 02110-4142
Attn: Michael Pizette

Crystal Financial LLC
Two International Place, 17
Boston, MA 02210-4142
Attn: Michael Pizette

Portman Ridge Finance Corporation
c/o BC Partners, Inc.
650 Madison Avenue, 23rd
New York, NY 10022-1029

William S. Karol
c/o KODA Enterprises Group
51 Sawyer Road, Suite 420
Two University Office Park
Waltham, MA 02453-3448
Attn: William S. Karol

William S. Karol Family Trust
c/o KODA Enterprises Group
51 Sawyer Road, Suite 420
Waltham, MA 02453-3448
Attn: William S. Karol