# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ProAir Intermediate Holdco, LLC,[1]<br>       Debtor. | Chapter 7<br>Case No. 22-11195 (LSS) |
| In re:<br>ProAir, LLC,<br>       Debtor. | Chapter 7<br>Case No. 22-11196 (LSS) |
| In re:<br>American Cooling Technology, LLC,<br>       Debtor. | Chapter 7<br>Case No. 22-11197 (LSS) |
| In re:<br>Bus Air, LLC,<br>       Debtor. | Chapter 7<br>Case No. 22-11198 (LSS) |
| In re:<br>Evans Tempcon Delaware, LLC,<br>       Debtor. | Chapter 7<br>Case No. 22-11199 (LSS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James C. Fox of Ruberto, Israel & Weiner, P.C. to represent Berkshire Bank in the above-captioned cases and any related adversary proceedings.

Dated: November 23, 2022

/s/ Kevin S. Mann
Kevin S. Mann (No. 4576)
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Email: kmann@crosslaw.com

---

[1] The Debtors in the above captioned Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: ProAir Intermediate Holdco, LLC (3331), ProAir, LLC (8392), American Cooling Technology, LLC (7742), Bus Air, LLC (8627) and Evans Tempcon Delaware, LLC (8229). The Debtors' principal place of business is 2900 County Road 6 West, Elkhart, IN 46514.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ James C. Fox*
James C. Fox (MA BBO# 548664)
**RUBERTO, ISRAEL & WEINER, P.C.**
255 State Street, 7th Floor
Boston, Massachusetts 02109
(617) 742-4200
jcf@riw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.